AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**JAMES MICHAEL BREEN JR.**
**Defendant**

Case No. 1: 26-mj-208 (DJS)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between about August 1, 2026 and about August 7, 2026, in the County of Albany in the Northern District of New York and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 871(a) | Threats Against President and Successors to the Presidency |
| 18 U.S.C. § 875(c) | Interstate Communications with a Threat to Injure |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

TFO [signature]
*Complainant's signature*
Task Force Officer Jacob Sopchak, FBI
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: September 7, 2026

[signature]
*Judge's signature*

City and State: Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

1:26-mj-208 DJS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Jacob Sopchak, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Detective with the City of Albany Police Department. I have been a police officer for approximately ten years, having previously attended the City of Albany Police Academy in September, 2016. My current title and assignment is Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I am currently assigned to a counterterrorism squad at the FBI's Albany Field Office. While at the FBI Albany Field Office, I am responsible for conducting investigations of potential violations of terrorism related offenses. I have participated in a variety of terrorism investigations and been involved in conducting physical and digital searches. I have gained experience through conducting terrorism investigations; attending formal and informal training; and consulting with other members of the U.S. federal law enforcement community. In particular, I have experience with investigations and legal processes involving matters of national security. I am familiar with the execution of search warrants to locate and seize evidence of criminal violations, including the acquisition and review of electronic data.

2. I submit this affidavit in support of a criminal complaint charging James Michael Breen Jr. with: (i) two counts of knowingly and willfully making threats to take the life of the current President of the United States (POTUS), specifically, communications over X, and those communications contained threats to kill POTUS by encouraging someone to assassinate POTUS, in violation of 18 U.S.C. § 871(a); and (ii) one count of knowingly and willfully transmitting in

interstate commerce from the State of New York to other States outside the State of New York, an X communication to V-1, who was then a cabinet member in the current presidential administration, and the communication contained a threat to injure V-1, specifically, wondering who would be the first person to take a gunshot at V-1, or words to that effect, in violation of 18 U.S.C. 875(c).

3. The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers involved in this investigation, the results of a search warrant previously executed, and upon my training and experience. Because this affidavit is being submitted for the limited purpose of establishing probable cause to charge the defendant by criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed violations of Title 18, United States Code, Sections 871(a) and 875(c).

## PROBABLE CAUSE

*Background on James Michael Breen Jr.*

4. James Michael Breen Jr. is a 75-year-old man who, for all relevant times, lives, and has lived, in an apartment complex in Albany, New York. Breen is known to have a smartphone serviced by T-Mobile and which bears telephone number 518-xxx-2737. Breen is also known to have an account with the social media company X (formerly known as Twitter). Breen's X account identifiers are "James Breen" (@JamesBreen816; UID: 1971268234939691008).

*Genesis and Focus of the Investigation*

5. FBI Albany recently received information that the user behind X account "James Breen" (@JamesBreen816; UID: 1971268234939691008) was making a number of online posts / messages that appeared to threaten the current President of the United States and other cabinet level and senior level administration officials. The suspected online X threats were posted between July, 2026 and August, 2026. Below is a sample of the suspected online threats posted by the user behind X account "James Breen" (@JamesBreen816; UID: 1971268234939691008):

a. On 1 August 2026 at 1:05pm, the account holder posted the world would be a "better place" if "Trump and [supporter of POTUS] were assassinated."

b. On 1 August 2026 at 1:04pm, the account holder posted, "somebody needs to kill him" referring to Trump's alleged insanity and corruption.

c. On 7 August 2026 at 9:18pm, the account holder posted, "who will be the first to take a shot a [sic] [V-1 a cabinet member]?"

*Execution of a Search Warrant and Interview of James Michael Breen Jr.*

6. On September 7, 2026, agents with the Federal Bureau of Investigation executed a federal search warrant at Breen's apartment in Albany, New York. Agents were authorized to search for, and seize, evidence of crimes involving 18 U.S.C. § 871(a) (Threats Against President and Successors to the Presidency) and 18 U.S.C. § 875(c) (Interstate Communications with a Threat to Kidnap or Injure).

7. During the execution of the search warrant, agents interviewed Breen while he was at his apartment complex. Breen was not placed under arrest and agreed to speak with the agents. During the interview, Breen made a variety of oral statements, to include the following:

a. That he uses X and posts occasionally;

b. That he was unsure of his X account username, and that it could be the X account that is the focus of this investigation, but that he is unable to confirm for sure;

c. That he uses an iPhone 12 Mini with telephone number 518-xxx-2737;

d. That he made the X posts set forth in paragraph 5(a)-(c);

e. That he does not wish harm to POTUS or to V-1;

f. That he does not intend to incite violence through his social media activity;

g. That his X posts were intended to express his belief that POTUS and V-1 should be removed from office, but not physically harmed.

**CONCLUSION**

8. Based on the foregoing, there is probable cause to conclude that James Michael Breen Jr., between about August 1, 2026 and about August 7, 2026, in the Northern District of New York and elsewhere, has:

(i) Violated Title 18, United States Code, Section 871(a), by two counts of knowingly and willfully making threats to take the life of the current President of the United States (POTUS), specifically, communications over X, and those communications contained threats to kill POTUS by encouraging someone to assassinate POTUS; and

(ii) violated Title 18, United States Code, Section 875(c), by one count of knowingly and willfully transmitting in interstate commerce from the State of New York to other States outside the State of New York, an X communication to V-1, who was then a cabinet member in the current

presidential administration, and the communication contained a threat to injure V-1, specifically, wondering who would be the first person to take a gunshot at V-1, or words to that effect.

Respectfully submitted,

TFO [signature]
Jacob Sopchak
Task Force Officer
Federal Bureau of Investigation

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, this 7th day of September, 2026.

[signature]
Hon. Daniel J. Stewart
United States Magistrate Judge